**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Wilde, et al, ) | No. CIV 06-929-PHX-SMM |
| ) | |
| Plaintiffs, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| United States of America, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

On April 19, 2007, the Court received an ex parte communication from Plaintiff Wanda Starr. Responding to the Order to Show Cause (Dkt. 14) issued on April 12, 2007, Ms. Starr informed the Court that co-Plaintiff John Wilde "is now deceased" and that she has no information about this matter. Ms. Starr requested that the Court delay the Order to Show Cause hearing so she could gather information about the matter and prepare for the hearing. The Court will construe Ms. Starr's letter as a motion to continue the Show Cause hearing set for April 30, 2007.

Accordingly,

**IT IS ORDERED** that the April 30, 2007, Show Cause hearing is **VACATED**.

**IT IS FURTHER ORDERED** that Plaintiff shall appear in person before the Court on **Wednesday, June 6, 2007, at 4:00 p.m.,** to show good cause why this case should not be dismissed for lack of prosecution pursuant to LRCiv 41.1 of the Rules of Practice of the United States District Court for the District of Arizona.

1  **IT IS FURTHER ORDERED** that the Clerk of Court shall send copies of this Order
2  to all counsel of record.
3  **IT IS FURTHER ORDERED** that the Clerk of Court shall update Plaintiffs' contact
4  information as follows:

> Wanda Starr
> 2842 W. Glenrosa Avenue
> Phoenix, AZ 85017

DATED this 24th day of April, 2007.

Stephen M. McNamee
United States District Judge