**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| John Wilde, et al, | ) | No. CIV 06-929-PHX-SMM |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| United States of America, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pending before the Court is a Motion for Leave to Appear by Telephone (Dkt. 17) filed by Defendant United States of America ("Defendant"). Good cause appearing,

**IT IS ORDERED** that Defendant's Motion for Leave to Appear by Telephone (Dkt. 17) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant's lead counsel may appear by telephone at the Order to Show Cause Hearing to be held before the Court on June 6, 2007 at 4:00 p.m. Defendant's lead counsel shall call the Court on a clear telephone line at **3:55 p.m.** Mountain Standard Time ( 3 hours behind Eastern Daylight Time) at 602-322-7555.

DATED this 31st day of May, 2007.

Stephen M. McNamee
United States District Judge