**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| John Wilde, et al, | ) | No. CIV 06-929-PHX-SMM |
| Plaintiffs, | ) | **ORDER** |
| vs. | ) | |
| United States of America, | ) | |
| Defendant. | ) | |

Pending before the Court is the parties' Stipulation for Dismissal of Case [Dkt. 22]. Good cause appearing,

**IT IS HEREBY ORDERED** the parties' Stipulation for Dismissal of Case [ Dkt. 22] is **GRANTED**.

**IT IS FURTHER ORDERED** that any pending motions and hearings in this matter are hereby **VACATED**.

DATED this 31st day of August, 2007.


Stephen M. McNamee
United States District Judge